# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151697 (14)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                     SC: 151697
                                                     COA: 325695
                                                     Wayne CC: 03-009642-FC

JAMAL LATAZ KING,
         Defendant-Appellant.

_____/

     On order of the Court, the motion for reconsideration of this Court's March 29, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



t0829

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2016



                                                     Clerk